IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| HELEN MARIE BUTLER, | ) | 1:09cv0402 BAK [DLB] |
| Plaintiff, | ) | ORDER GRANTING EXTENSION OF TIME |
| | ) | (Document 13) |
| vs. | ) | |
| MICHAEL J. ASTRUE, Commissioner, | ) | |
| Defendant. | ) | |

On October 16, 2009, the parties filed a stipulation and proposed order to allow Plaintiff an extension of time to file her opening brief.  The parties' request is GRANTED.  Plaintiff's opening brief SHALL be filed on or before November 25, 2009.  Defendant's opposition, if any, SHALL be filed on or before December 24, 2009.

IT IS SO ORDERED.

Dated:   **October 20, 2009**          _____**/s/ Dennis L. Beck**_____
                                                      UNITED STATES MAGISTRATE JUDGE

1