1
2
3
4
5
6
7           IN THE UNITED STATES DISTRICT COURT FOR THE
8                   EASTERN DISTRICT OF CALIFORNIA
9
   HELEN MARIE BUTLER,                )      1:09cv0402 BAK [DLB]
10                                     )
                    Plaintiff,         )      ORDER GRANTING
11                                     )      EXTENSION OF TIME
                                       )
12        vs.                          )      (Document 15)
                                       )
13                                     )
   MICHAEL J. ASTRUE, Commissioner,    )
14                                     )
                                       )
15                 Defendant.          )
   _____)
16
           On December 7, 2009, the parties filed a stipulation and proposed order to allow Plaintiff an
17
   extension of time to file her opening brief.  The parties' request is GRANTED.  Plaintiff's opening
18
   brief SHALL be filed on or before January 5, 2010.  Defendant's opposition, if any, SHALL be filed
19
   on or before February 4, 2010.
20
           IT IS SO ORDERED.
21
        Dated:    December 10, 2009         _____/s/ Dennis L. Beck_____
22                                          UNITED STATES MAGISTRATE JUDGE
23
24
25
26
27
28
                                    1