# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HELEN M. BUTLER,<br><br>  Plaintiff,<br><br>vs.<br><br>MICHAEL J. ASTRUE,<br>Commissioner of Social Security,<br><br>  Defendant | Case No. 1:09-cv-0402 JLT<br><br>ORDER AWARDING EQUAL ACCESS TO JUSTICE ACT ATTORNEY FEES AND EXPENSES PURSUANT TO 28 U.S.C. § 2412(d) |

Based upon the parties' Stipulation for the Award and Payment of Equal Access to Justice Act Fees and Expenses:

IT IS **ORDERED** that fees and expenses in the amount of $4,200.00 as authorized by 28 U.S.C. § 2412 be awarded subject to the terms of the Stipulation.

IT IS FURTHER ORDERED that Plaintiff's Motion for Award of EAJA fees (Doc. 23) is **VACATED** as **MOOT**.

IT IS SO ORDERED.

Dated:  **October 20, 2010**          **/s/ Jennifer L. Thurston**
                          UNITED STATES MAGISTRATE JUDGE